UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.223.103.234,<br><br>            Defendant. | Case Number: 3:18-cv-01173-TSH<br><br>Honorable Thomas S. Hixson<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF'S APPLICATION TO VACATE THE INITIAL CASE MANAGEMENT CONFERENCE |

    THIS CAUSE came before the Court upon Plaintiff's application to vacate the Initial Case Management Conference currently scheduled for January 24, 2019, and the Court, finding good cause, does hereby order as follows:

    ORDER:  Plaintiff's application is granted.  The Initial Case Management Conference scheduled for January 24, 2019 is vacated.

    SO ORDERED this __18th__ day of _____January_____, 2019.

By: _____
United States Magistrate Judge
Honorable Thomas S. Hixson

IT IS FURTHER ORDERED:
The Initial Case Management Conference is rescheduled to April 25, 2019 at 10:00 a.m., in Courtroom A, 15th Floor. A Case Management Conference Statement is due no later than April 18, 2019.

1

[~~Proposed~~] Order on Plaintiff's Application to Vacate the Initial Case Management Conference
Case No. 3:18-cv-01173-TSH